ACCEPTED
03-15-00078-CV
5893236
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 9:42:03 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00078-CV

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS,
AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 9:42:03 AM
JEFFREY D. KYLE
Clerk

CHRIS BELL,
Appellant

v.

REPUBLICAN GOVERNORS ASSOCIATION,
Appellee.

On appeal from the 261st Judicial District Court, Travis County
Honorable Judge Dietz Presiding

## AGREED MOTION TO DISMISS

**HUSH BLACKWELL LLP**
Elizabeth G. Bloch
State Bar No. 02495500
Heidi.bloch@huschblackwell.com
Thomas H. Watkins
State Bar No. 20928000
Tom.watkins@huschblackwell.com
111 Congress Avenue, Suite 1400
Austin, TX  78701
Telephone: (512) 472-5456
Facsimile: (512) 479-1101

**ATTORNEYS FOR APPELLANT
CHRIS BELL**

**HANCE SCARBOROUGH, LLP**
Terry L. Scarborough
State Bar No. 17716000
TScarborough@hslawmail.com
V. Blayre Pena
State Bar No. 24050372
BPena@hslawmail.com
400 W. 15th Street, Ste. 950
Austin, TX 78701
Telephone: (512) 479-8888
Facsimile: (512) 482-6891

**ATTORNEYS FOR APPELLEE
 REPUBLICAN GOVERNORS
ASSOCIATION**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant, Chris Bell, files this Agreed Motion to Dismiss, and respectfully shows the Court as follows:

1. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2), Appellant Chris Bell and Appellee Republican Governors Association voluntarily ask the Court to dismiss this Appeal.

2. The Parties have entered into a Settlement Agreement.

3. The Parties further request that the Court order each party pay the costs of the appeal incurred by that party.

For the foregoing reasons, the Parties respectfully request that this Court dismiss this appeal.

<div style="margin-left: 40%;">

Respectfully submitted,

HUSCH BLACKWELL, L.L.P
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (facsimile)

BY:*/s/ Elizabeth G. Bloch*
    ELIZABETH G. BLOCH
    Texas Bar No. 02495500
    Heidi.bloch@huschblackwell.com
    THOMAS H.WATKINS
    Texas Bar No. 20928000
    tom.watkins@huschblackwell.com
*Attorneys for Appellant Chris Bell*

</div>

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she has consulted with Terry L. Scarborough, counsel for Appellee, and he has indicated that Appellee is not opposed to this motion.

*/s/ Elizabeth G. Bloch*
Elizabeth G. Bloch


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been served upon the following counsel of record via electronic filing and/or facsimile on the 1st day of July, 2015:

Terry L. Scarborough
Hance Scarborough, LLP
400 W. 15th Street, Ste. 950
Austin, Texas 78701
(512) 482-6891 (facsimile)

*/s/ Elizabeth G. Bloch*
Elizabeth G. Bloch